JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRIS MARKENSON,<br><br>         Plaintiff,<br><br>v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK; L-3 COMMUNICATIONS CORPORATION LONG TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>         Defendants. | Case No. CV 14-9483 BRO (PJWx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 15, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge